DANA A. SUNTAG, (State Bar No.: 125127)
JOSHUA J. STEVENS, (State Bar No.: 238105)
HERUM\CRABTREE\SUNTAG
A California Professional Corporation
3757 Pacific Avenue, Suite 222
Stockton, California 95207
Telephone: (209) 472-7700/Facsimile: (209) 472-7986
dsuntag@herumcrabtree.com
jstevens@herumcrabtree.com

Attorneys for Defendants
CITY OF STOCKTON,
STOCKTON POLICE DEPARTMENT,
KURT WILSON, ERIC JONES,
TREVOR WOMACK, TOM JERRIGAN,
PETER LEMOS, CARRIE LANE,
DANIEL J. GARCIA, and ANNIE SWAIN

**FILED**

**FEB 07 2018**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CARMEN SLAUGHTER, ALICIA CARR, LARRY LIEBELT, MARIA LUISA CORTEZ, MICHELLE JORDAN, SHIRLY FERIA, RICHARD SYKES, BRITTANI SILVA, and CALVIN KING,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF STOCKTON, STOCKTON POLICE DEPARTMENT, KURT WILSON, ERIC JONES, TREVOR WOMACK, TOM JERRIGAN, PETER LEMOS, CHUCK LAMAR, CARRIE LANE, DANIEL J. GARCIA, ANNIE SWAIN, RAVI N. SANWAL, AND THE RAVI N. SANWALL AND MANITA SANWALL LIVING TRUST, DOES 1-50,<br><br>Defendants. | Case No.: 2:15-CV-01880-JAM-DB<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE**<br><br>[no hearing required]<br><br>The Honorable John A. Mendez |

## RECITALS

A. Plaintiffs (Carmen Slaughter, Alicia Carr, Larry Liebelt, Maria Luisa Cortez, Michelle Jordan, Shirly Feria, Richard Sykes, Brittani Silva, and Calvin King) ("Plaintiffs") filed their Complaint on September 8, 2015. (ECF No. 1.)

B. The Complaint names the City of Stockton, the Stockton Police Department ("SPD"), the Stockton City Manager, Kurt Wilson ("Wilson"), Stockton Chief of Police, Eric Jones ("Jones"), Stockton Deputy Chief of Police, Trevor Womack ("Womack"), Captain Tom Jernigan ("Jernigan") (incorrectly named as "Jerrigan"), and Stockton Police Officers and/or City employees Peter Lemos ("Lemos"), Carrie Lane ("Lane"), Daniel J. Garcia ("Garcia"), and Annie Swaim ("Swaim") (incorrectly named herein as "Swain") (collectively, the "City Defendants").

C. All of the City Defendants, except for the City of Stockton, filed an Answer to Plaintiffs' Complaint on December 4, 2015. (ECF No. 6.) The City of Stockton filed an Answer to Plaintiffs' Complaint on February 4, 2016. (ECF No. 7.)

C. The Complaint also names Chuck LaMar ("LaMar"), but he was not served and has not appeared.

D. The Complaint also names Ravi N. Sanwal, Manita Sanwal, and the Ravi N. Sanwall and Manita Sanwall Living Trust ("Sanwal Defendants"), but on October 22, 2015, Plaintiffs voluntarily dismissed them. (ECF No. 5).

E. Plaintiffs now wish to voluntarily dismiss the remaining Defendants (i.e., all Defendants other than the Sanwal Defendants) (hereafter, the "Remaining Defendants") with prejudice in exchange for a waiver of fees and costs.

## STIPULATION

IT IS STIPULATED AND AGREED, by and between Plaintiffs and the City Defendants, through their undersigned counsel of record, that this action be dismissed with prejudice as to the Remaining Defendants, each party to bear his/her/its own fees

STIPULATION AND ORDER FOR DISMISSAL

and costs, including without limitation attorneys' fees, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: January 31, 2018

HERUM\CRABTREE\SUNTAG
*A California Professional Corporation*

By: /s/ Joshua J. Stevens
    JOSHUA J. STEVENS
    Attorneys for Defendants

Dated: February 5, 2018

LAW OFFICE OF YOLANDA HUANG

By: /s/ Yolanda Huang
    YOLANDA HUANG
    Attorneys for All Plaintiffs

ORDER

IT IS SO ORDERED.

Dated: 2·7·2018

UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR DISMISSAL